**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) | |
| JACQUELINE SMITH<br><br>Plaintiff,<br>v.<br><br>CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,*<br><br>Defendants. | ) | No. 26-0690-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 13th day of October, a Notice of Voluntary Dismissal of Plaintiff Jacqueline Smith was filed herein, in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on October 20, 2026, (Doc. 588), that Plaintiff Jacqueline Smith's claims against Defendants Advocate Health, Inc, Atrium Health, Inc., Advocate Aurora Health, Inc., and Navicent Health, Inc, in the above captioned action are DISMISSED without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: October 20, 2026